**STATE of Missouri, Respondent,**

v.

**Antone L. OWENS, Appellant.**

**No. WD 37666.**

Missouri Court of Appeals,
Western District.

Sept. 30, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 4, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM:

Antone L. Owens appeals from his conviction of burglary in the first degree.

Judgment affirmed. Rule 30.25(b).